CCA # 13-13-00111-CR

OFFENSE: Sexual Assault

STYLE: ROLAND BLAKE FEARS v. THE STATE OF TEXAS

COUNTY: Cameron

TRIAL COURT: 138th District Court
TRIAL COURT #: 2012-DCR-986-B
TRIAL COURT JUDGE: Hon. Arturo Cisneros Nelson

DISPOSITION: Affirmed

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____ DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: April 23, 2015
JUDGE: Longoria

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # PD-0598-15

Appellants _____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_Refused_
DATE: Nov. 18, 2015
JUDGE: PC

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____